# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV277 |
| vs. | ) ) | ORDER |
| MUTUAL OF OMAHA BANK, | ) ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion for Leave to File Third Party Complaint (Filing No. 61).  The court held a telephone conference with counsel for the parties on January 31, 2012.  Mark E. Wilson represented the plaintiff and Mark F. Enenbach represented the defendant.  For the reasons discussed during the telephone conference, the court will grant the defendant's motion and expedite service of the Third Party Complaint.  Upon consideration,

**IT IS ORDERED:**

1. The defendant's Motion for Leave to File Third Party Complaint (Filing No. 61) is granted.  The defendant shall file the Third Party Complaint **on or before February 8, 2012**, and serve the Third Party Complaint forthwith.

2. The court will hold a telephone conference on **March 12, 2012, at 10:00 a.m.** for the purpose of reviewing the preparation of the case to date and scheduling the case to trial.  The defendant's counsel shall initiate the conference with the undersigned magistrate judge and participating counsel.

DATED this 31st day of January, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge