IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY, as assignee and subrogee of Phoenix Rising Management Group, Ltd., <br><br> Plaintiff, <br><br> vs. <br><br> MUTUAL OF OMAHA BANK, individually and d/b/a Community Association Banc, <br><br> Defendant, <br><br> PHOENIX RISING MANAGEMENT GROUP, LTD., <br><br> Third Party Defendant. | CASE NO.  8:11-CV-00277 <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

    This matter comes before the Court on the Joint Motion for Dismissal with Prejudice filed by the Plaintiff, the Defendant, and the Third Party Defendant.  The Court, being fully advised in the premises, finds that all causes of action filed herein by and between Plaintiff Travelers Casualty and Surety Company, Defendant Mutual of Omaha Bank, and Third Party Defendant Phoenix Rising Management Group, Ltd., should be and are hereby dismissed with prejudice, that each party is to pay its own costs and attorney's fees, complete record waived.

    IT IS SO ORDERED.

    DATED this 3rd day of July, 2012.

BY THE COURT:

*s/ Joseph F. Bataillon*
UNITED STATES DISTRICT JUDGE

**Prepared and Submitted by:**
Mark F. Enenbach (#15202)
April N. Hook (#24547)
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102
(402) 341-3070
menenbach@mcgrathnorth.com
ahook@mcgrathnorth.com

Attorneys for Defendant Mutual of Omaha Bank